# GREENWALD DOHERTY LLP
**ATTORNEYS AT LAW**

30 Ramland Road, Suite 201
Orangeburg, New York 10962
TEL: 845.589.9300
FAX: 845.638.2707

October 2, 2014

**Via First Class Mail and ECF**
Hon. Sidney H. Stein, U.S.D.J.
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

Re: **Carlos Cosme-Duran v. 374 Food, Inc., d/b/a Tribeca Bagels, and Tiran Tsadok**
**Case No.: 14-cv-4118 (SHS)**

Dear Judge Stein:

Please be advised that this matter has been settled in principle. In light of the foregoing, the parties respectfully request that all future litigation deadlines be stayed. Counsel for both parties also request that they be given at least thirty (30) days to finalize the settlement terms.

Thank you for your consideration of this matter.

Respectfully yours,

Ilan Weiser, Esq.

cc: John Gurrieri, Esq. via E-Mail (jmgurrieri@zellerlegal.com)
    Justin Zeller, Esq. via E-Mail (jazeller@zellerlegal.com)

630 Third Ave. 15th Floor          1 Bridge Plaza N. Ste. 275       263 Tresser Blvd. 9th Floor      1650 Market Street 36th Fl.
New York, NY 10017                 Fort Lee, NJ 07024               Stamford, CT 06901               Philadelphia, PA 19103
TEL: 212.644.1310                  TEL: 201.862.9644                TEL: 203.328.7598                TEL: 215.575.1180

firm.greenwaldllp.com     www.greenwaldllp.com

Please Respond to the Orangeburg Office Above